UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN GERIEN,

                            Plaintiff,           Case No.: 10-cv-08109 (LTS) (MHD)

    -against-

245 ASSOCIATES,

                          Defendant.
-----------------------------------------------------------X

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by the undersigned Plaintiff against Defendant in this action, including any claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiff. No attorneys' fees or costs will be awarded to any party by the Court. The terms of the Parties' Confidential Negotiated Settlement Agreement have been reviewed and approved by the Court.

                                                    *ATTORNEYS FOR PLAINTIFF:*

_____     By: _____
Date                                            William Cafaro
                                            Law Offices of William Cafaro
                                            19 West 44th Street, Suite 1500
                                            New York, New York 10036

ATTORNEYS FOR DEFENDANT:

___3/30/11___      By:  *Michelle Phillips*
Date                    Michelle E. Phillips
                        Michael A. Frankel
                        JACKSON LEWIS LLP
                        One North Broadway, Suite 1502
                        White Plains, New York 10601
                        (914) 328-0404


The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this _____ day of _____, 2011

_____
Hon. Laura Taylor Swain, U.S.D.J.